USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 16 2017

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

DARYL CAMPBELL,
  a/k/a "Taxstone,"

    Defendant.

- - - - - - - - - - - - - - - - - X

INDICTMENT

17 Cr.

**17 CRIM 112**

### COUNT ONE
(Felon in Possession of a Firearm)

The Grand Jury charges:

1. On or about May 25, 2016, in the Southern District of New York and elsewhere, DARYL CAMPBELL, a/k/a "Taxstone," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a black 9-milimeter Kel-Tec semi-automatic handgun, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

### COUNT TWO
(Receipt of a Firearm in Interstate Commerce)

The Grand Jury further charges:

2. Between in or about October 2015 and on or about May 25, 2016, in the Southern District of New York, and elsewhere, DARYL CAMPBELL, a/k/a "Taxstone," the defendant, with the intent

JUDGE SCHOFIELD

to commit therewith an offense punishable by imprisonment for a term exceeding one year, and with knowledge and reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year was to be committed therewith, shipped, transported, and received a firearm in interstate and foreign commerce, to wit, CAMPBELL received a black 9-milimeter Kel-Tec semiautomatic handgun with the intent of committing therewith the firearms crime charged in Count One of this Indictment.

(Title 18, United States Code, Sections 924(b) and 2.)

_____
FOREPERSON

_____
PREET BHARARA MS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DARYL CAMPBELL,
a/k/a "Taxstone,"

Defendant.

INDICTMENT

17 Cr.

(18 U.S.C. §§ 922(g)(1), 924(b) and 2.)

PREET BHARARA
United States Attorney

*[signature]*
Foreperson

*2/16/17 - Filed Indictment*
*Case assigned to J Schofield.*
*[signature] Gorenstein*
*USMJ*